IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Lumond | Case Number: 04 B 04218 |
|---|---|---|
| | Johnson, Barbara A | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 2/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 28, 2008
Confirmed: April 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,919.62 | |
| Secured: | | 14,172.83 |
| Unsecured: | | 2,499.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,159.00 |
| Trustee Fee: | | 1,088.26 |
| Other Funds: | | 0.00 |
| Totals: | 19,919.62 | 19,919.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,159.00 | 2,159.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | ANB Financial Services Inc | Secured | 2,804.34 | 2,804.34 |
| 4. | Peoples Energy Credit Union | Secured | 7,308.85 | 7,308.85 |
| 5. | Litton Loan Servicing | Secured | 4,059.64 | 4,059.64 |
| 6. | ECast Settlement Corp | Unsecured | 444.55 | 444.55 |
| 7. | RJM Acquisitions LLC | Unsecured | 8.07 | 8.07 |
| 8. | Resurgent Capital Services | Unsecured | 307.80 | 307.80 |
| 9. | Best Source Credit Union | Unsecured | 683.16 | 683.15 |
| 10. | Capital One | Unsecured | 82.55 | 82.55 |
| 11. | Peoples Energy Credit Union | Unsecured | 153.93 | 153.93 |
| 12. | SBC | Unsecured | 50.54 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 217.89 | 0.00 |
| 14. | Max Recovery Inc | Unsecured | 285.62 | 285.62 |
| 15. | Credit Acceptance Corp | Unsecured | 533.86 | 533.86 |
| 16. | Schottler & Zukosky | Priority | | No Claim Filed |
| 17. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 18. | Retailers National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,099.80 | $ 18,831.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 88.61 |
| 4% | 33.76 |
| 6.5% | 208.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Lumond  
 Johnson, Barbara A  
 Printed: 9/3/08

Case Number: 04 B 04218  
Judge: Wedoff, Eugene R  
Filed: 2/4/04

| | |
|---:|---:|
| 3% | 37.97 |
| 5.5% | 185.69 |
| 5% | 76.09 |
| 4.8% | 149.77 |
| 5.4% | 307.49 |
| | _____ |
| | $ 1,088.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

